UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGUERITE ANDREA SMITH,<br>      Plaintiff,<br><br>v.<br><br>FORD MOTOR COMPANY; CORNING FORD MERCURY; and DOES 1 through 10, inclusive,<br><br>      Defendants. | Case No.: 2:24-cv-02968-DJC-CKD<br><br>**ORDER GRANTING JOINT STIPULATION FOR ORDER TO CONTINUE THE DEADLINE TO FILE DISPOSITIONAL DOCUMENTS** |

On October 22, 2025, both Parties filed a Joint Stipulation to Continue the Deadline to File Dispositional Documents.

The Court, having considered the Parties' Joint Stipulation and finding good cause therefore, hereby GRANTS the Joint Stipulation and ORDERS as follows:

1. The Joint Stipulation is Granted;
2. The Court continues the deadline to file dispositional documents from October 22, 2025, to January 5, 2026;
3. The Court retains Jurisdiction over the action until Plaintiff's fees, costs, and expenses are decided and funding satisfied.

IT IS SO ORDERED.

Dated:  October 22, 2025

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE