1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| MARGUERITE ANDREA SMITH, | Case No.:   2:24-cv-02968-DJC-CKD |
|---|---|
| Plaintiff, | |
| v. | **ORDER GRANTING JOINT STIPULATION FOR ORDER TO CONTINUE THE DEADLINE TO FILE DISPOSITIONAL DOCUMENTS** |
| FORD MOTOR COMPANY, ET AL., | |
| Defendants. | |

1    On December 29, 2025, both Parties filed a Joint Stipulation to Continue Court's Jurisdiction Over Settlement filed by the parties.

The Court, having considered the Parties' Joint Stipulation and finding good cause therefore, hereby GRANTS the Joint Stipulation and ORDERS as follows:

1. The Joint Stipulation is GRANTED;
2. The Court continues the filing deadline of Plaintiff's Motion for Attorneys' Fees, Costs, and Expenses from January 5, 2026, to February 5, 2026; and
3. The Court retains Jurisdiction over the action until Plaintiff's fees, costs, and expenses are decided and funding satisfied.

IT IS SO ORDERED.

Dated:  December 29, 2025        /s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE