# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

MARGUERITE ANDREA SMITH,
    Plaintiff,

v.

FORD MOTOR COMPANY; CORNING FORD MERCURY; and DOES 1 through 10, inclusive,

    Defendants.

Case No.: 2:24-cv-02968-DJC-CKD

**ORDER GRANTING JOINT STIPULATION FOR ORDER TO CONTINUE THE DEADLINE TO FILE DISPOSITIONAL DOCUMENTS**

On February 2, 2026, both Parties filed a Joint Stipulation to Continue Court's Jurisdiction Over Settlement filed by the parties.

The Court, having considered the Parties' Joint Stipulation and finding good cause therefore, hereby GRANTS the Joint Stipulation and ORDERS as follows:

1. The Joint Stipulation is Granted;
2. The Court continues the deadline to file dispositional documents from February 5, 2026, to February 19, 2026; and
3. The Court retains Jurisdiction over the action until Plaintiff's fees, costs, and expenses are decided and funding satisfied.

IT IS SO ORDERED.

Dated: February 9, 2026

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

-1-