**UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

MARGUERITE ANDREA SMITH,

    Plaintiff,

    v.

FORD MOTOR COMPANY, ET AL.,

    Defendant.

Case No.:   2:24-cv-02968-DJC-CKD

**ORDER**

The Court, having considered the Parties' Joint Stipulation and finding good cause therefore, hereby GRANTS the Joint Stipulation and ORDERS as follows:

1. Plaintiff MARGUERITE ANDREA SMITH ("Plaintiff") and Defendant FORD MOTOR COMPANY have agreed FORD MOTOR COMPANY will pay $7,500.00 to resolve Plaintiff's attorneys' fees, costs, and expenses.

2. Accordingly, the Court hereby enters an ORDER for Defendant to pay Plaintiff $7,500.00 to resolve attorneys' fees, costs, and expenses.

3. Payment is to be made to counsel for Plaintiff by April 13, 2026. After satisfaction of payment, Plaintiff will dismiss this case with prejudice within 10 business days against all parties.

**IT IS SO ORDERED.**

Dated:  February 12, 2026

/s/ Daniel J. Calabretta

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

1

ORDER