# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGUERITE ANDREA SMITH, | Case No.: 2:24-cv-02968-DJC-CKD |
| Plaintiff, | District Judge: Hon. Daniel J. Calabretta<br>Magistrate Judge: Hon. Carolyn K. Delaney |
| vs. | |
| FORD MOTOR COMPANY;<br>CORNING FORD MERCURY; and<br>DOES 1 through 10, inclusive,<br><br>Defendants. | **ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE PER FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

## ORDER GRANTING JOINT STIPULATION FOR DISMISSAL

Upon the Joint Stipulation of the Parties to dismiss this case in light of settlement of damages and attorneys' fees, costs, and expenses, and satisfied funding of such:

It is hereby ORDERED that this matter is DISMISSED WITH PREJUDICE.

Dated: April 3, 2026

/s/ Daniel J. Calabretta

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE